# KENNETH C. HENRY, JR., P.C.
*Attorney and Counselor at Law*
900 MERCHANTS CONCOURSE
SUITE 303
WESTBURY, NEW YORK 11590

---

TEL (516) 227-2200
FAX (866) 277-8938
E-MAIL: KHENRY@KENHENRYESQ.COM

July 28, 2012

VIA ECF and Delivery on Monday
Hon. Leonard D. Wexler
United States District Judge
United States District Court – Eastern
District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

RE:   Cambridge Medical PC v Allstate, et al v. Pine Hollow et al
       Docket No. 11-CV-4044 (E.D.N.Y.)

Your Honor:

     Our office represents Jude Rubino, D.C., Brooklyn Chiropractic Associates P.C., Frank Mandarino, D.C., Bronx Chiropractic Associates, P.C., Staten Island Chiropractic Associates, P.C., Jason Scott Brattner, D.C., Complete Chiropractic, P.C., Queens Chiropractic Associates, P.C., Ronald Mazza, D.C. Ronald Mazza, D.C., P.C., Michael A. Bernstein, D.C. s/h/a Michael A. Berstein, D.C., Michael A. Bernstein, D.C., P.C., Jonathan Tepper, D.C., Walter Mendoza, D.C. and Walter Mendoza Chiropractor, P.C., in the above captioned matter.

     I respectfully request a one week extension of the current briefing because of the passing a family member. I was supposed to file a reply by July 31, 2012, however, I request an extension to serve and file said reply to August 7, 2012. All parties' counsel have consented to request.

     The prior briefing schedule and was as follows:
The Motions to Dismiss were served on March 23, 2012. By agreement, the parties agreed that the opposition would be served by June 20, 2012, (originally due May 4, 2012 and extended to June 6, 2012) and replies to the opposition were to be served by July 31, 2012, (originally due May 18, 2012 and extended June 27, 2012).

*KENNETH C. HENRY, JR., P.C.*

HON. LEONARD D. WEXLER
JULY 28, 2012
PAGE 2

    I thank the Court for its understanding.

                                  Very truly yours,

                                  Kenneth C. Henry, Jr.

KCH/slf
cc:
Steven Talan, Esq., counsel for Plaintiff and other Third Party defendants via email
Randall Roonan, Esq., counsel for Defendant Allstate via email